No. 93–8206. FLOWERS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–8211. LOPEZ v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–8218. OVALLE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–8221. BROWN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–8230. BACON v. DEPARTMENT OF THE AIR FORCE. C. A. 6th Cir. Certiorari denied.

No. 93–8232. PEARSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–8235. MADERA-AVILA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–8236. OAKES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–8237. LITTLE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–8238. PIRTLE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–8239. MAKINDE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–8240. RODRICK v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–8241. THOMAS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–8242. DESFONDS v. MASSACHUSETTS. C. A. 1st Cir. Certiorari denied.

No. 93–8243. WHITE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–8244. CARPENTER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.